FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 DEC -4 AM 9:52

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

GREGORY S. GOODYEAR,

        Plaintiff,

vs.                     Case No.  2:07-cv-728-FtM-34SPC

STATE OF FLORIDA,

        Defendant.

_____

### ORDER OF DISMISSAL[1]

This matter comes before the Court upon initial review of Complaint (Doc. #1, Complaint). *Pro se* Plaintiff, who is currently a pre-trial detainee in the Lee County Jail, filed a handwritten § 1983 Complaint on November 8, 2007.[2] See generally docket history.

Plaintiff sues the State of Florida in this action. Id. In the Complaint, Plaintiff alleges that he is being held in the county jail pending his state criminal trial; however, a state

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

[2] Plaintiff did not accompany the filing of his Complaint with either the $350 filing fee or a motion to proceed *in forma pauperis*. Although Local Rule 1.03(e) permits prisoners thirty days from the date initiating their action to either pay the filing fee or motion to proceed *in forma pauperis*, allowing Plaintiff the additional time is irrelevant in light of his "three strike" status.

court judge found him incompetent to stand trial. Id. at 1. Plaintiff alleges that on October 29, 2007, Judge Steinbeck, a state court judge, issued an order "for a competency hearing 'immediately'." Id. at 2. As of the date Plaintiff filed the Complaint, however, he claims that the State of Florida has ignored the state court's order. Id. Recognizing that this Court found Plaintiff to be a "three striker," Plaintiff states "he is in potential serious harms way" because he is held in "unsafe conditions, . . . in violation of State laws on housing an incompetent inmate." Id. The Complaint is devoid of any facts substantiating Plaintiff's vague claim that he is in harms way. As relief, Plaintiff requests that this Court enter an "Order to Show Cause on the defendant" and damages. Id.

The Prison Litigation Reform Act (hereinafter PLRA), which amended 28 U.S.C. § 1915, contains the following subsection:

> (g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Section 1915, known as the "Three Strikes Rule" only permits a prisoner to file "three meritless suits at the reduced rate."

Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002). Additionally, the Court may consider prisoner actions dismissed before, as well as after, the enactment of the PLRA. Rivera v. Allin, 144 F.3d 719, 730 (11th Cir. 1998).

The Court takes judicial notice that Plaintiff filed the following civil rights actions in this Court that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted: (1) 2:07-cv-192, (2) 2:07-cv-130, (3) 2:07-cv-276.[3] Because Plaintiff has had three or more qualifying dismissals and it does not appear that he is imminent danger of serious physical injury, this action will be dismissed without prejudice. If Plaintiff wishes to prosecute this action, he is required to file a new civil rights complaint form and pay the $350.00 filing fee in its entirety <u>at the time of filing</u>.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Complaint (Doc. #1) is **dismissed without prejudice.**

---

[3] In pertinent part, Plaintiff also initiated an action by filing an "Emergency Petition for Injunction" in case number 2:07-cv-287. There the Court determined that no emergency existed and dismissed the action. Additionally, due to Plaintiff's three strike status, the following cases filed by Plaintiff have previously been dismissed by this Court: 2:07-cv-270; 2:07-cv-275; and 2:07-cv-277; 2:07-cv-305; 2:07-cv-304; 2:07-cv-306; 2:07-cv-316.

2. The Clerk of Court is directed to terminate any outstanding motions, enter judgment accordingly, and close this file.

**DONE AND ORDERED** in Fort Myers, Florida, on this 4th day of December, 2007.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record